IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case:  1:10-cv-01559 (BAH) |
| U.S. DEPARTMENT OF INTERIOR, U.S. Geological Survey | ) ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Public Employees for Environmental Responsibility and Defendant United States Department of Interior, United States Geological Survey, enter into this Settlement for Attorney's Fees.

The parties agree as follows:

1. Defendant will pay to Plaintiff the amount of $6,000.00 to cover attorney's fees, expenses, and costs of all counsel. This payment is full and final payment for all attorney's fees, expenses, and costs. This figure is inclusive of any interest. Defendant shall make payment to Plaintiff within forty-five days of the date of this Stipulation.

2. Contingent upon receipt of payment pursuant to Paragraph 1 above, Plaintiff hereby releases Defendant from any past, present, or future claims for attorney's fees, expenses, or costs in connection with this litigation.

3. In consideration of such payment, Plaintiff agrees that it will dismiss with prejudice the above-captioned lawsuit, except that the Court retains jurisdiction over the enforcement of the terms of this Agreement.

4. In making this payment, no party is making an admission of liability or fault to any other party, and this Agreement shall not be construed as an admission of liability or fault. This Settlement of Attorney's Fees will not be used in any manner to establish liability for fees, amounts, or hourly rates, in any other case or proceeding.

5.   The below-signed counsel are authorized to enter into this Agreement on behalf of their respective clients.

Dated: June 13, 2012                                              Respectfully submitted,

*/s/  Paula Dinerstein*
Paula Dinerstein                                                        STUART F. DELERY
DC Bar No. 333971                                                  Assistant Attorney General
Public Employees for Environmental
Responsibility                                                             RONALD C. MACHEN JR.
202-265-7337                                                              United States Attorney
                                                                                    Responsibility
Attorneys for Plaintiff                                               2000 P Street, NW Suite 240
                                                                                    Washington, D.C. 20036

                                                                                    ELIZABETH J. SHAPIRO
                                                                                    Deputy Director
                                                                                    Federal Programs Branch
                                                                                    Email: EShapiro@civ.usdoj.gov

                                                                                    */s/  Matthew J.B. Lawrence*
                                                                                    MATTHEW J.B. LAWRENCE
                                                                                    Trial Attorney
                                                                                    United States Department of Justice
                                                                                    Civil Division, Federal Programs Branch
                                                                                    20 Massachusetts Avenue NW
                                                                                    Washington, DC 20530
                                                                                    Tel: (202) 305-0747
                                                                                    Fax: (202) 616-8470
                                                                                    Email: Matthew.J.Lawrence@usdoj.gov

                                                                                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May 2012, I caused the foregoing document to be served on Plaintiff's counsel of record electronically by means of the Court's CM/ECF system.

*/s/ Matthew J.B. Lawrence*
MATTHEW J.B. LAWRENCE